UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD LEE BASKIN,

    Plaintiff,

v.                                            CASE NO. 3:21cv694-MCR-HTC

AARON LEAVINS, *et al.*,

    Defendants.

_____/

## **ORDER**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 25, 2021, ECF No. 10, which recommends this case be dismissed without prejudice for Plaintiff's failure to comply with Court orders. Plaintiff was furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

    Having considered the Report and Recommendation and any duly filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation, ECF No. 10, is adopted and incorporated by reference in this Order.

(2) This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to comply with Court orders.

(3) The Clerk is directed to close the file.

**DONE AND ORDERED** this 17th day of August 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**